P_B-9.wpd
PROB AZ B-9
(Rev 9/94)

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF ARIZONA

___ FILED  ___ LODGED
___ RECEIVED  ___ COPY

APR 1 2 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 11-04065MP-001-PCT-MEA |
| v. ) | |
| ) | |
| SALABA, RAY M ) | |

## WAIVER AND ORDER

Modification of Probation Conditions

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☒ any modification of my conditions of probation. 18 U.S.C. 3563(c).

☐ any modification of my conditions of supervised release. 18 U.S.C. 3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

<u>Extend term of unsupervised probation for one year, to expire on April 19, 2013</u>

ORDER OF COURT

Considered and ordered this __12TH__ day of __April__, __2012__ and ordered filed and made a part of the records in the above case.

_____
Mark E. Aspey
U.S. Magistrate Judge

X _____
Ray M Salaba
Defendant

X  4-9-2012
Date

_____
Rod McKone
U.S. Probation Officer

April 12, 2012
Date